IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNY JAGGARS, | : Civ. No. 1:24-CV-1558 |
| Plaintiff | : |
| v. | : |
| | : (Chief Magistrate Judge Bloom) |
| LELAND DUDEK, Acting Commissioner of Social Security,[1] | : |
| Defendant | : |

ORDER

AND NOW, this 14th day of May 2025, in accordance with the accompanying Memorandum Opinion, the final decision of the Commissioner is AFFIRMED. The Clerk of Court is directed to close this case.

<u>s/ Daryl F. Bloom</u>
Daryl F. Bloom
Chief United States Magistrate Judge

---

[1] Leland Dudek became the acting Commissioner of Social Security on February 19, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Leland Dudek is substituted as the defendant in this suit.